IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DENISE MASON,**

    **Plaintiff,**

vs.                               CASE NO. 5:10-cv-178/RS-MD

**PINNACLE HEALTH FACILITIES XXIV,
L.P. d/b/a ST. ANDREWS BAY SKILLED
NURSING AND REHABILITION CENTER,**

    **Defendant.**
_____/

## ORDER

Before me is Defendant's Motion to Dismiss (Doc. 6). Plaintiff has not filed a response.

This case is **DISMISSED without prejudice** for failure to respond. N.D. Fla. Loc. R. 7.1 (C) (1). The clerk is directed to close the case.

**ORDERED** on August 20, 2010

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**